```
        IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF GEORGIA
                         DUBLIN DIVISION
```

JOSEPH PAUL ROACH,              *
                                *
     Plaintiff,                 *
                                *
          v.                    *     CV 320-043
                                *
ANDREW M. SAUL, Commissioner of *
Social Security Administration, *
                                *
     Defendant.                 *

## O R D E R

Before the Court is Defendant's consent motion to remand under sentence four of 42 U.S.C. § 405(g). (Doc. No. 18.) Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Agency's request to remand this action, this case is hereby **REMANDED**.

On remand the Appeals Council will forward the case to an administrative law judge ("ALJ"), who will be instructed to: 1) update the medical record; 2) give further consideration to whether Plaintiff has past relevant work and whether he can perform that work within the limitations of his residual functional capacity (RFC) consistent with agency policy; 3) if necessary, to hold a supplemental hearing and obtain supplemental evidence from a vocational expert specifically addressing Plaintiff's past

relevant work and his ability to perform any such work; and 4) take any additional action needed to complete the administrative record.

Upon due consideration the motion to remand (doc. no. 18) is **GRANTED**. The Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The Clerk of Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**ORDER ENTERED** at Augusta, Georgia, this 7th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE